UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Toma,<br>Plaintiff,<br>v.<br>Camarda, et al.,<br>Defendants. | 26-CV-6178 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

The Court is in receipt of Plaintiff's Motion for a Preliminary Injunction seeking to enjoin Defendants' disclosure of confidential information, making of disparaging comments, and transfer of assets. *See* ECF Nos. 1, 1-1, 1-9. Plaintiff does not indicate that this motion is to be treated as *ex parte* or must proceed on an emergency basis. Accordingly, on or before July 31, 2026, Defendants are **ORDERED** to file a consolidated response in opposition, if any, to the motion. Plaintiff will have the opportunity to file a reply on or before August 3, 2026.

Plaintiff is **ORDERED** to serve this order and all related filings on Defendants by July 24, 2026, and to file proof of service on the docket.

SO ORDERED.

Dated: July 23, 2026
New York, New York

DALE E. HO
United States District Judge